# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KUPAA KEA,

    Plaintiff

v.

DIVISION OF PAROLE & PROBATION, et al.,

    Defendants

Case No.: 3:22-cv-00115-MMD-CSD

**Order**

On November 7, 2022, this court issued an order that Plaintiff's action is only proceeding on Claims 4 and 5 against defendants Congdon and Digesti. On the same date, the court directed the Clerk to issue summonses for those defendants, and to send Plaintiff two USM-285 forms, and gave Plaintiff 30 days to furnish the U.S. Marshal the completed USM-285 forms for each defendant for service. Plaintiff was given 90 days, until February 2, 2022, to serve Congdon and Digesti or they would be dismissed under Federal Rule of Civil Procedure 4(m). (ECF No. 10.)

On April 6, 2023, the U.S. Marshal indicated it had not received the USM-285 forms for either defendant, and they had not been served. (ECF Nos. 13, 14.)

The Clerk shall **SEND** Plaintiff two additional USM-285 forms. Plaintiff has until **May 30, 2023**, to return the completed USM-285 forms to the U.S. Marshal at 400 S. Virginia Street, 2nd floor, Reno, Nevada 89501. Plaintiff has up to and including **June 30, 2023**, to complete service as to Congdon and Digesti.

If a proof of service of the summons and complaint is not timely filed, Congdon and Digesti will be dismissed without prejudice under Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED**.

Dated: May 9, 2023

 _____
 Craig S. Denney
 United States Magistrate Judge